# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-50511
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 19, 2014

Lyle W. Cayce
Clerk

KERRY CAIRNS; KATHRYN NICHOLSON,

Plaintiffs - Appellants

v.

LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1;
VERICREST FINANCIAL, INCORPORATED; JUANITA STRICKLAND,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC 1:12-CV-835

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:*

For the reasons set forth in its Order of February 26, 2014, the district court's Judgment of April 23, 2014 is, in all respects, AFFIRMED. See 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.